**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | | |
|---|---|---|
| ADVANCED PROCESSOR | § | |
| TECHNOLOGIES LLC | § | |
| | § | |
| v. | § | Case No. 2:12-cv-157 |
| | § | |
| NVIDIA COPORATION | § | |

## ORDER TRANSFERRING CASE

Defendant recently filed the above styled case, indicating that it is related to a previously filed case currently pending before the Hon. Judge Rodney Gilstrap, 2:11-cv-19, *Advanced Processor Technologies LLC v. Analog Devices, Inc.* Accordingly, this case is hereby transferred to Judge Gilstrap for further consideration.

**It is SO ORDERED.**

**SIGNED this 13th day of April, 2012.**

_Michael Schneider_

MICHAEL H. SCHNEIDER
UNITED STATES DISTRICT JUDGE